**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 99-40528

FRANCISCO R. ESPINOZA, MARTHA A. ESPINOZA, TRAY N. SPARKS, SR.,
CHRISTINA M. SPARKS, JOHN McCOY, DIANE McCOY, OLGA GONZALES, D.B.
LUNDY, NORELLE LUNDY, SUSAN McELREATH, RICHARD FRENCH, JANET
FRENCH, ALBERT L. BEYER, ANNA M. BEYER,

Appellants,

VERSUS

HOME WARRANTY ASSOCIATION OF AMERICA, INC. d/b/a HOMEOWNERS
ASSOCIATION OF AMERICA, INC., HOMEOWNERS MARKETING SERVICE OF
TEXAS, and HOMEOWNERS GROUP, INC.,

Appellees.

Appeal from the United States District Court
for the Southern District of Texas
(V-96-006)

November 3, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appellant homeowners sued the Appellee home warranty providers
on multiple claims brought under both the Texas Deceptive Trade
Practice Act and the Texas Residential Service Company Act
concerning, principally, whether the home warranties sold to
Appellants were either worthless or grossly disparate in value to
the consideration paid. Appellants appeal the district court's
grant of summary judgment for the Appellees and its refusal to

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

consider additional evidence adduced by the Appellants in a motion to reconsider.  Having fully and carefully reviewed the record and considered the briefs and argument of counsel, we find no reversible error and affirm for essentially the reasons expressed in the district court's orders granting summary judgment for the Appellees and denying Appellants' motion to reconsider.

AFFIRMED.